ANDREW S. T. FRITZ, LTD.
Laura L. Fritz, Esq.
Nevada Bar No. 6568
Andrew Fritz, Esq.
Nevada Bar No. 6649
625 South Sixth Street
Las Vegas, NV 89101
(702) 383-5155
Attorney for Debtor(s)

E-Filed on: August 30, 2010

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

CYNTHIA DEL ROSARIO
(XXX-XX-5374),

    Debtor(s)

Chapter 13 Proceedings
Case No: BK-S-09-19865-lbr

DATE: September 15, 2010
TIME: 10:30 a.m.
TRUSTEE: Rick A. Yarnall

**EXHIBIT #1**



**Bank of America**                              Online Banking

---

Transaction Details:

**Description:** MORTGAGE PAYMENT DES:EFT ID:1218068845 INDN:CYNTHIA DEL, ROSARIO CO ID:R952

**Posting date:** 01/05/2010

**Amount:** $1,338.99

**Type:** ACH Debit

**Account number:** MyAccess Checking-6275

Additional Details:

My Description:

**Bank of America**                              Online Banking

 Bank of America                                   Online Banking

**Transaction Details:**

**Description:** MORTGAGE PAYMENT DES:EFT ID:1218068845 INDN:CYNTHIA DEL, ROSARIO CO ID:R952

**Posting date:** 02/02/2010

**Amount:** $1,338.99

**Type:** ACH Debit

**Account number:** MyAccess Checking-6275

**Additional Details:**

**My Description:**

 Bank of America — Online Banking

Transaction Details:

Description: MORTGAGE PAYMENT DES:EFT ID:1218068845 INDN:CYNTHIA DEL, ROSARIO CO ID:R952

Posting date: 03/02/2010

Amount: $1,338.95

Type: ACH Debit

Account number: MyAccess Checking-6275

Additional Details:

My Description:

 Online Banking

Transaction Details:

Description: MORTGAGE PAYMENT DES:EFT ID:1218068845 INDN:CYNTHIA DEL, ROSARIO CO ID:R952

Posting date: 04/02/2010

Amount: $1,338.99

Type: ACH Debit

Account number: MyAccess Checking-6275

Additional Details:

My Description:



Transaction Details:

**Description:** MORTGAGE PAYMENT DES:EFT ID:1218068845 INDN:CYNTHIA DEL, ROSARIO CO ID:R952

**Posting date:** 05/04/2010

**Amount:** $1,339.00

**Type:** ACH Debit

**Account number:** MyAccess Checking-6275

Additional Details:

**My Description:**



Transaction Details:

**Description:** MORTGAGE PAYMENT DES:EFT ID:1218068845 INDN:CYNTHIA DEL, ROSARIO CO ID:R952

**Posting date:** 05/28/2010

**Amount:** $1,340.00

**Type:** ACH Debit

**Account number:** MyAccess Checking-6275

Additional Details:

**My Description:**



**Transaction Details:**

**Description:** MORTGAGE PAYMENT DES:EFT ID:1218068845 INDN:CYNTHIA DEL, ROSARIO CO ID:R952

**Posting date:** 07/02/2010

**Amount:** $1,340.00

**Type:** ACH Debit

**Account number:** MyAccess Checking-6275

**Additional Details:**

**My Description:**



**Bank of America**   Online Banking

---

**Transaction Details:**

**Description:** AMERICA'S SERVICING COMPANY MRTG Bill Payment

**Posting date:** 07/30/2010

**Amount:** $1,300.00

**Type:** Online Transaction

**Account number:** MyAccess Checking-6275

**Additional Details:**

**My Description:**