```
 1  ANDREW S. T. FRITZ, LTD.
    Laura L. Fritz, Esq.                              E-Filed on: August 30, 2010
 2  Nevada Bar No. 6568
    Andrew Fritz, Esq.
 3  Nevada Bar No. 6649
 4  625 South Sixth Street
    Las Vegas, NV 89101
 5  (702) 383-5155
    Attorney for Debtor(s)
 6
 7              UNITED STATES BANKRUPTCY COURT
 8                   DISTRICT OF NEVADA
 9
10
11  In Re:                       )   Chapter 13 Proceedings
                                 )   Case No: BK-S-09-19865-lbr
12  CYNTHIA DEL ROSARIO          )
    (XXX-XX-5374),               )
13                               )
            Debtor(s)            )   DATE:     September 15, 2010
14                               )   TIME:     10:30 a.m.
                                 )   TRUSTEE:  Rick A. Yarnall
15  _____
16
17                          EXHIBIT #2
18
```



AMERICA'S SERVICING COMPANY

December 11, 2009

CYNTHIA DEL ROSARIO
5024 DODGE RIDGE AVENUE
LAS VEGAS NV 89139

NAME: CYNTHIA DEL ROSARIO
CASE: 0919865
LOAN: 106- 1218068845

Dear Sir or Madam:

ASC previously obtained consent from your office to discuss workout options with the above referenced mortgagor(s). This letter is to advise that ASC is able to offer the mortgagors a plan that we hope is feasible and agreeable to both parties.

THE PROPOSED REPAYMENT PLAN WOULD CONSIST OF THE FOLLOWING:

1. 01/01/10  $1,338.99

2. 02/01/10  $1,338.99

3. 03/01/10  $1,338.99

   *This is a Special Forbearance, once 3 regular payments have been made, we will review the account for HAMP.

Please review the proposal with your client. If the terms meet your approval as, in the best interest of your client, **proceed by filing a petition with the bankruptcy court to gain their consent to modify the first mortgage**. When written consent is obtained it should be forwarded to my attention. **Once received, we will generate the loan documents to you for original signatures**. ASC will then withdraw any proof of claim in this case and process, the modification as noted.